June 29, 2012

Mr. Marc J. Wojciechowski
Wojciechowski & Associates, P.C.
17447 Kuykendahl Road, Suite 200
Spring, TX 77379
Mr. John C. Cave
Gunn Lee & Cave PC
300 Convent, Suite 1080
San Antonio, TX 78205

RE: Case Number: 11-0519
 Court of Appeals Number:
 Trial Court Number: 10-50267

Style: EVANSTON INSURANCE COMPANY
 v.
 LEGACY OF LIFE, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Mr. Lyle |
| |Cayce |